NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-2990-15T2

STATE OF NEW JERSEY,

 Plaintiff-Respondent,

v.

MARIO MADRIGAL,

 Defendant-Appellant.
______________________________________________________________

 Submitted May 23, 2017 – Decided August 2, 2017

 Before Judges Gilson and Sapp-Peterson.

 On appeal from the Superior Court of New
 Jersey, Law Division, Atlantic County,
 Indictment No. 96-05-0882.

 Joseph E. Krakora, Public Defender, attorney
 for appellant (Suzannah Brown, Designated
 Counsel, on the brief).

 Damon G. Tyner, Atlantic County Prosecutor,
 attorney for respondent (Mario C. Formica,
 Chief Assistant Prosecutor, of counsel and on
 the brief).

PER CURIAM

 Defendant appeals from a February 22, 2016 order denying his

petition for post-conviction relief (PCR). The trial court,
without conducting oral argument, denied his petition. The court

found that the petition, filed more than seven years following his

March 23, 2007 conviction, was time-barred pursuant to Rule 3:22-

12. The court additionally found that in the absence of the time

bar, defendant's petition failed to establish a prima facie case

in support of post-conviction relief.

 In State v. Parker, the Court held that

 when the trial judge does reach the
 determination that the arguments presented in
 the papers do not warrant oral argument, the
 judge should provide a statement of reasons
 that is tailored to the particular
 application, stating why the judge considers
 oral argument unnecessary. A general reference
 to the issues not being particularly complex
 is not helpful to a reviewing court when a
 defendant later appeals on the basis that the
 denial of oral argument was an abuse of the
 trial judge's discretion.

 [Ibid.]

 Here, the PCR court failed to include any explanation for

declining to afford defendant oral argument. We are therefore

constrained to reverse and remand the matter to the trial court

for a statement of reasons, tailored to this matter, explaining

why oral argument is unnecessary; or alternatively, for

reconsideration of the petition after entertaining oral argument.

Ibid.

 2 A-2990-15T2
 Reversed and remanded for further proceedings consistent with

this opinion. We do not retain jurisdiction.

 3 A-2990-15T2